## PHILLIPS *et al.* vs. DEAN *et al.*

CLAIM, FROM COBB. · Sales.  Title.  Crops.  (Before Judge Brown.)

Jackson, C. J.—In May, while a crop was growing, the owner made a contract of sale of "five bales of white lint cotton, each bale weighing five hundred pounds, of the first pickings of the cotton crop now planted and in a growing condition." Certain cotton was picked, but before it was ginned and packed, so as to be taken possession of by the vendees, a judgment antedating the contract was levied on it.

Held, that the cotton was subject to the levy.

(a) It is unnecessary to decide whether the contract was a mortgage or a bill of sale.

(b) This case differs from that of Scolly *vs* Pollock, 65 Ga., 339. There the growing crop was sold in July, and possession was taken of at least a part of it; here the cotton was not conveyed as a growing crop; no particular field or number of acres or of pounds of cotton in gross to be made out of it was specified; but the sale of bales of cotton. Some of the principles of that case are doubted, and will hardly be extended beyond the facts thereof or similar cases.

Judgment affirmed.

J. J. Northcutt; W. J. Winn, for plaintiffs in error.

J. E. Mosley, for defendants.